ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00019 |
| Plaintiff, ) | |
| vs. ) | **PETITION FOR WRIT OF REMOVAL** |
| HANIFFA BIN OSMAN, ) | |
| Defendant. ) | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

On September 19, 2006, a sealed Indictment was filed in the United States District Court for the District of Maryland, against the Defendant HANIFFA BIN OSMAN, under Criminal Case No. CCB-06-0416. The Defendant was charged with certain offenses, and subsequently the United States District Court for the District of Maryland issued a Warrant for Arrest of Defendant. See United States' Application to Seal Exhibits A and B. The Defendant was later arrested by a Special Agent of the U.S. Immigration and Customs Enforcement.

//
//
//

WHEREFORE, petitioner prays this Court to issue a Warrant of Removal pursuant to Fed.R.Crim.P. 5(c) for said Defendant to be removed from the District of Guam to the District of Maryland.

Dated this 29th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney