# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____ Docket Number: **06-00019**

Same Defendant: _____ New Defendant: X

Search Warrant Case Number: _____

R 20/ R 5(c) from: District of Maryland

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: ___ Yes X No

Defendant Name: HANIFFA BIN OSMAN

Alliasas Name: _____

Address: _____

**RECEIVED SEP 29 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date: XX/XX/1951  SS#: N/A  Sex: M  Race: A  Nationality: Singapore

**U.S. Attorney Information:**

AUSA: Marivic P. David

**Interpreter:** ___ No  X Yes    List language and/or dialect: Tamil

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 3    ___ Petty ___ Misdemeanor X Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371, and 22 U.S.C. § 2278 | CONSPIRACY TO EXPORT ARMS AND AMMUNITION | 1 |
| Set 2 | 18 U.S.C. § 2339B(A)(1) | CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION | 2 |
| Set 3 | 18 U.S.C. § 1956(a)(2)(A), and 18 U.S.C. § 2 | MONEY LAUNDERING | 3 |
| Set 4 | | | |

(Continued on reverse)

Date: 9/29/06    Signature of AUSA: _[signed]_

**ORIGINAL**