# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: MJ-06-00019                         DATE: September 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                  Court Recorder: Leilani Hernandez
Courtroom Deputy: Virginia T. Kilgore         Electronically Recorded: 6:36:54 - 6:43:34
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Haniffa Bin Osman                  Attorney: William L. Gavras

☑ Present ☑ Custody ☐ Bond ☐ P.R.            ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David               U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Carleen Borja                 U.S. Marshal: R. Lumagui / V. Roman / J. Curry
Interpreter: Ranjna Dewan                     Language: Hindi

**PROCEEDINGS: Initial Appearance on Petition for Removal**

- Financial Affidavit reviewed and accepted: William L. Gavras appointed to represent the defendant.
- Mr. Gavras informed the Court that his client needs a Tamil interpreter. Accordingly, the Court continued the hearing so that it may secure an interpreter.
- Proceedings continued to: October 2, 2006 at 3:15 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: