```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MARIVIC P. DAVID
    Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
 4  Hagåtña, Guam 96910
    Tel: (671) 472-7332/7283
 5  Fax: (671) 472-7334
 6  Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM
OCT -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00019 |
| Plaintiff, ) | |
| vs. ) | **ORDER**<br>re United States' Application<br>to Seal Exhibits A and B |
| HANIFFA BIN OSMAN, ) | |
| Defendant. ) | |

This matter having come before this Honorable Court based on the United States' Application to Seal Exhibits A and B, filed September 29, 2006, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Application to Seal and Exhibits A and B attached thereto be sealed until otherwise ordered by the Court.

DATE: September 29, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**