

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **06-00019** |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **HANIFFA BIN OSMAN,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent the defendant in the above-entitled case.

Dated this 29th day of September, 2006.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**