LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT -2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00019 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) Granting United States' Application |
| HANIFFA BIN OSMAN, | ) to Unseal Exhibits A and B |
| Defendant. | ) |

This matter having come before this Honorable Court based on the United States' Application to Unseal Exhibits A and B, filed October 2, 2006, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the United States' Application to Seal and Exhibits A and B attached thereto be unsealed.

DATE: October 2, 2006

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL