# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: MJ-06-00019  DATE: October 02, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 3:45:10 - 4:01:15
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Haniffa Bin Osman  Attorney: William L. Gavras
☒ Present ☒ Custody ☐ Bond ☐ P.R.  ☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Marivic P. David  U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Maria Cruz / Carleen Borja  U.S. Marshal: V. Roman / G. Perez
Interpreter: Krishnan Seerengan  Language: Tamil

**PROCEEDINGS: Continued Initial Appearance on Petition for Removal**
- Defendant arraigned and advised of his rights and charges.
- Identity Hearing <u>waived</u>.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service for the District of Guam for removal to the District of Maryland.

NOTES: Mr. Gavras stated that the defendant is on medication, which was confiscated at the time of arrest, and requested that it be provided to him. Accordingly, the Court instructed the proper authorities to ensure that the defendant is provided his medication.