LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT -2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HANIFFA BIN OSMAN,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00019<br><br>**ORDER**<br>**Re: Waiver of Identity** |

  HANIFFA BIN OSMAN, having been arrested in the District of Guam on a Warrant of Arrest issued pursuant to an Order, and having waived identity, HANIFFA BIN OSMAN, is hereby committed to the U.S. Marshal's Service for the District of Guam for removal to the District of Maryland and there deliver him to the U.S. Marshal for the District of Maryland or to some other officer authorized to receive him.

  **SO ORDERED** this 2nd day of October 2006.

              JOAQUIN V.E. MANIBUSAN, JR.
              U.S. Magistrate Judge
              District Court of Guam

**ORIGINAL**