```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MARIVIC P. DAVID
    Assistant U.S. Attorney
 3  Sirena Plaza Suite 500
    108 Hernan Cortez Avenue
 4  Hagatna, Guam 96910
    Telephone: (671) 472-7332
 5  Telecopier: (671) 472-7334

 6  JAMES G. WARWICK
    Assistant U.S. Attorney
 7  36 South Charles Street
    Fourth Floor
 8  Baltimore, Maryland 21201
    Telephone: (410) 209-4860
 9  Telecopier: (410) 962-3124

10  Attorneys for the United States of America
```

FILED
DISTRICT COURT OF GUAM
OCT -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HANIFFA BIN OSMAN,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00019<br><br>**WARRANT OF REMOVAL** |

TO:    U.S. MARSHAL
         District of Guam

    An Indictment for defendant, HANIFFA BIN OSMAN, having been filed under seal in the United States District Court for the District of Maryland, Case No. CCB-06-0416 charging HANIFFA BIN OSMAN, with certain offenses; and a Warrant for Arrest having issued for his arrest; and

    Said HANIFFA BIN OSMAN, having been arrested in this District on a warrant of arrest issued pursuant to the above-referenced indictment, having admitted identity and to being held to answer in the

**ORIGINAL**

District of Maryland, and having been committed to your custody pending removal to the District of Maryland;

You are therefore commanded to remove HANIFFA BIN OSMAN forthwith to the District of Maryland and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

DATED this 2nd day of October 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam